# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45796

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) Filed: August 30, 2018 |
| Plaintiff-Respondent, | ) |
| | ) Karel A. Lehrman, Clerk |
| v. | ) |
| | ) THIS IS AN UNPUBLISHED |
| CHRIS JAMES SCHYLER-BURKETT, | ) OPINION AND SHALL NOT |
| aka C.J. SCHYLER-BURKETT, | ) BE CITED AS AUTHORITY |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County.  Hon. Jonathan Medema, District Judge.

Judgment of conviction and unified sentence of six years, with a minimum period of confinement of three years, for grand theft by disposing of stolen property, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Lara E. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Chris James Schyler-Burkett pled guilty to grand theft by disposing of stolen property. Idaho Code §§ 18-2403(4), 18-2407(1), 18-2409.  The district court sentenced Schyler-Burkett to a unified term of six years with three years determinate, to be served concurrently with any other imposed prison sentence.  Schyler-Burkett appeals asserting that the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Schyler-Burkett's judgment of conviction and sentence are affirmed.